BERTHA GRAY, an Infant, by Her Guardian ad Litem, GEORGE E. GRAY, Respondent, v. SCHENECTADY RAPID TRANSIT, INC., and JOHN MORGAN, Appellants, and Another. ALICE GRAY, an Infant, by Her Guardian ad Litem, GEORGE E. GRAY, Respondent, v. SCHENECTADY RAPID TRANSIT, INC., and JOHN MORGAN, Appellants, and Another.— Judgments and orders unanimously affirmed, with costs in

one action. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.